UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRIME THERAPEUTICS LLC, | Civil Action No.: |
| Movant, | |
| v. | **MOTION TO QUASH OR MODIFY SUBPOENA** |
| CVS PHARMACY, INC. and CVS HEALTH CORPORATION, | |
| Respondents. | |

Pursuant to Federal Rule of Civil Procedure 45, Prime Therapeutics LLC ("Prime") moves to quash a subpoena served upon it by the defendants in the underlying action *Blue Cross & Blue Shield of Alabama v. CVS Pharmacy, Inc.*, Civil Action No. 1:20-cv-00236-WES-PAS, pending in the United States District Court for the District of Rhode Island. The place of compliance for the subpoena is Minnesota and therefore Prime brings this motion in this Court.

This motion is based upon the memorandum of law and supporting papers filed contemporaneously herewith, as well as the arguments of counsel and all files, records, and proceedings herein.

1

Dated:  June 9, 2022					Respectfully submitted,

s/ *Virginia R. McCalmont*
Robert J. Gilbertson  (# 22361X)
Virginia R. McCalmont (#399496)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
Capella Tower, Suite 1750
225 South Sixth Street
Minneapolis, MN  55402
bgilbertson@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
(612) 474-3300

*Counsel for Prime Therapeutics LLC*
