UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRIME THERAPEUTICS LLC, | Civil Action No.: |
| Movant, | |
| v. | **MEET AND CONFER CERTIFICATION** |
| CVS PHARMACY, INC. and CVS HEALTH CORPORATION, | |
| Respondents. | |

Pursuant to Local Rule 7.1(a)(1), Movant Prime Therapeutics, LLC ("Prime") hereby certifies that Prime, through counsel, met and conferred in good faith with Respondents' counsel on June 9, 2022 regarding the motion to quash or modify CVS' subpoena. Respondents do not agree to any of the relief sought in the motion.

1

Dated:  June 9, 2022               Respectfully submitted,

s/ Virginia R. McCalmont
Robert J. Gilbertson  (# 22361X)
Virginia R. McCalmont (#399496)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
Capella Tower, Suite 1750
225 South Sixth Street
Minneapolis, MN  55402
bgilbertson@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
(612) 474-3300

*Counsel for Prime Therapeutics LLC*

2