UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRIME THERAPEUTICS LLC, | Civil Action No.: 22-mc-35 |
| Movant, | |
| v. | **[PROPOSED] ORDER ON MOTION TO QUASH OR MODIFY SUBPOENA** |
| CVS PHARMACY, INC. and CVS HEALTH CORPORATION, | |
| Respondents. | |

This matter came on for hearing before the undersigned on the motion of Prime Therapeutics LLC ("Prime"), to quash or modify a subpoena served upon it by the defendants in the underlying action, *Blue Cross & Blue Shield of Alabama v. CVS Pharmacy, Inc.*, Civil Action No. 1:20-cv-00236-WES-PAS, pending in the United States District Court for the District of Rhode Island. The place of compliance for the subpoena is Minnesota and therefore the motion is properly before this Court.

Based on all the files, records and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Prime's motion to quash or modify is GRANTED;
2. Prime need not produce documents in response to Request 2 of the subpoena issued by CVS Pharmacy, Inc. and CVS Health Corporation (collectively, "CVS");

3. CVS is ordered to pay all future costs and fees associated with Prime's compliance with the CVS subpoena; and

4. CVS is ordered to pay Prime's costs and fees associated with bringing this motion.

SO ORDERED.

_____
U.S. DISTRICT JUDGE
DISTRICT OF MINNESOTA